

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00117-CR

| | | |
|---|---|---|
| Alonso Antonio Macias | § | From the 372nd District Court |
| | § | of Tarrant County (1300969D) |
| v. | § | May 16, 2013 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy